108 A.3d 628

IN THE MATTER OF DAVID R. CARMEL, AN ATTORNEY
AT LAW (ATTORNEY NO. 283891972).

February 25, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **DAVID R. CARMEL,** formerly of **FORT LEE,** who was admitted to the bar of this State in 1972, and who was suspended from the practice of law for a period of three months, effective November 7, 2014, by Order of this Court dated filed October 8, 2014, be restored to the practice of law, effective immediately.